VINCENT CASTILLO, State Bar No. 209298
vcastillo@aghwlaw.com
ALEXEI N. OFFILL-KLEIN, State Bar No. 288448
aklein@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:    (415) 697-2000
Facsimile:    (415) 813-2045

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON KUCHTA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION aka AMTRAK, COUNTY OF CONTRA COSTA and DOES 1 to 100,<br><br>　　　　Defendants. | Case No.<br><br>**NOTICE OF REMOVAL BY DEFENDANT AMTRAK** |

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1  Defendant NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK (erroneously sued as "National Railroad Passenger Corporation aka Amtrak") ("Defendant") alleges as follows:

1. On December 8, 2021, plaintiff Madison Kuchta filed a Complaint in the Superior Court of the State of California, County of Contra Costa, entitled *Madison Kuchta v. National Railroad Passenger Corporation aka Amtrak, et al.*, Case No. C21-02550. The Complaint names as defendants NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK (erroneously sued as "National Railroad Passenger Corporation aka Amtrak") and County of Contra Costa. On April 7, 2022, plaintiff's counsel emailed a copy of plaintiff's complaint to Amtrak's counsel. A true and correct copy of that unverified Complaint is attached hereto as **Exhibit A**.

2. On April 7, 2022, Amtrak submitted for filing an Answer to Plaintiff's Complaint in the Superior Court for the County of Contra Costa. A true and correct copy of that Answer is attached hereto as **Exhibit B**.

3. This Court has original jurisdiction over plaintiff's claims against Amtrak under 28 U.S.C. § 1331 because Amtrak was incorporated by an Act of Congress, 45 U.S.C. § 501, *et seq.*, and the United States of America owns more than 50% of Amtrak's capital stock. 28 U.S.C. § 1349; *In re Rail Collision Near Chase, Maryland*, 680 F.Supp. 728, 731 (D.Md. 1987).

4. The removal of this action to this Court is proper under 28 U.S.C. § 1441(a) because this is a civil action over which the district courts of the United States have original jurisdiction, and this District Court embraces the place in which the state action is pending.

5. As of the date this Notice is filed (April 7, 2022), based upon a review of the online docket, Plaintiff has not filed a proof of service of the summons and complaint. [See Screenshot of the Online Docket beneath Paragraph 7 showing that no proof of service has been filed.] Upon information and belief, the only other named co-defendant, County of Contra Costa, has not been served with the Summons and Complaint. If a defendant has not yet been served in the action, then that defendant need not join in or consent to the removal. 28 U.S.C. § 1446(b)(2)(A); see *Destfino v. Reiswig*, 630 F.3d 952, 957 (9th Cir. 2011); *Gossmeyer v.*

1  *McDonald*, 128 F.3d 481, 489 (7th Cir. 1997).

2      6.    Unidentified defendants sued as "Does" need not join in a Notice of Removal.

3  *Fristoe v. Reynolds Metals Co.*, 615 F.2d 1209, 1313 (9th Cir. 1980).

4      7.    Thus, this Notice of Removal is timely and proper.

5      8.    A copy of the Notice of Removal to Federal Court that will be filed with the

6  Contra Costa County Superior Court is attached hereto as **Exhibit C**.

---

**MSC21-02550 | KUCHTA VS. NATIONAL RAILROAD PASSENGER CORP**

| Case Number | Court | Judicial Officer |
|---|---|---|
| MSC21-02550 | CV - Martinez-Wakefield Taylor Courthouse | Baskin, Barry |
| **File Date** | **Case Type** | **Case Status** |
| 12/08/2021 | 23: Unlimited Other PI/PD/WD | Active |

12/08/2021 Notice of Case Assignment
  Comment
  CASE HAS BEEN ASSIGNED TO DEPT. 07

12/08/2021 Hearing set for:
  Comment
  Case Management Conference was set for 4/27/22 at 8:30 in Dept. 07

12/08/2021 *
  Comment
  Clerk`s Tickler to Check for Proof of Service was set for 2/14/22 at 7:00 in dept. 07

12/08/2021 Original Summons Issued/Filed
  Comment
  ORIGINAL SUMMONS ON Complaint/Petition FILED

12/08/2021 Cause Of Action
  Action        File Date
  Complaint     12/08/2021

04/27/2022 *Case Management Conference
  Judicial Officer
  Baskin, Barry
  Hearing Time
  8:30 AM

---

/ / /

/ / /

/ / /

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

2

NOTICE OF REMOVAL BY DEFENDANT AMTRAK
CASE NO._____

506323.1

WHEREFORE, Defendant prays that this action be removed to this Court.

Respectfully submitted,

Dated: April 7, 2022

ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP


By:  */s/ Vincent Castillo*
　　　VINCENT CASTILLO
　　　ALEXEI N. OFFILL-KLEIN
　　　Attorneys for Defendant
　　　NATIONAL RAILROAD PASSENGER
　　　CORPORATION dba AMTRAK

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

3

NOTICE OF REMOVAL BY DEFENDANT AMTRAK
CASE NO._____

506323.1

# EXHIBIT A

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| John A. Fetto 129472<br>Law Offices of John A. Fetto<br>45 Quail Court, #112<br>Walnut Creek, CA<br>TELEPHONE NO.: 925-944-4955   FAX NO. *(Optional)*: 925-407-2741<br>E-MAIL ADDRESS *(Optional)*: jfetto@fettolawgroup.com<br>ATTORNEY FOR *(Name)*: Plaintiff Madison Kuchta | FILED<br>DEC -8 2021<br>N. BIEKER CLERK OF THE COURT<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF CONTRA COSTA<br>By: T. Schrader, Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Contra Costa
STREET ADDRESS: 725 Courrt St.
MAILING ADDRESS:
CITY AND ZIP CODE: Martinez, CA 94553
BRANCH NAME:

PLAINTIFF: Madison Kuchta

DEFENDANT: National Railroad Passenger Corporation aka Amtrak
County of Contra Costa
[X] DOES 1 TO 100

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
☐ AMENDED *(Number)*:

Type *(check all that apply)*:
☐ MOTOR VEHICLE    [X] OTHER *(specify)*:
☐ Property Damage    [X] Wrongful Death
☐ Personal Injury    ☐ Other Damages *(specify)*:

SUMMONS ISSUED

CASE NUMBER:

C21-02550

Jurisdiction *(check all that apply)*:
☐ ACTION IS A LIMITED CIVIL CASE
   Amount demanded ☐ does not exceed $10,000
                   ☐ exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
   ☐ from limited to unlimited
   ☐ from unlimited to limited

1. Plaintiff *(name or names)*: Madison Kuchta

   alleges causes of action against defendant *(name or names)*: National Railroad Passenger Corporation aka Amtrak
   County of Contra Costa
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff *(name)*:
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe)*:
      (3) ☐ a public entity *(describe)*:
      (4) ☐ a minor    ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify)*:
      (5) ☐ other *(specify)*:

   b. ☐ except plaintiff *(name)*:
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe)*:
      (3) ☐ a public entity *(describe)*:
      (4) ☐ a minor    ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify)*:
      (5) ☐ other *(specify)*:

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]   CEB Essential Forms   **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**   Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

Kuchta, Madison

BY FAX
NATIONWIDE LEGAL LLC
859 HARRISON STREET SF, CA 9410
415-351-0400

| SHORT TITLE: Kuchta v. Amtrak | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name)*: Madison Kuchta
   is doing business under the fictitious name *(specify)*:

   and has complied with the fictitious business name laws.
5. Each defendant named above is a natural person
   a. ☒ except defendant *(name)*:
      AMTRAk
      (1) ☒ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:
      (4) ☐ a public entity *(describe)*:
      (5) ☐ other *(specify)*:

   c. ☐ except defendant *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:
      (4) ☐ a public entity *(describe)*:
      (5) ☐ other *(specify)*:

   b. ☒ except defendant *(name)*:
      CONTRA COSTA COUNTY
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:
      (4) ☒ a public entity *(describe)*:
      (5) ☐ other *(specify)*:

   d. ☐ except defendant *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:
      (4) ☐ a public entity *(describe)*:
      (5) ☐ other *(specify)*:

   ☒ Information about additional defendants who are not natural persons is contained in Attachment 5.
6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants *(specify Doe numbers)*: 1-25 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants *(specify Doe numbers)*: 26-100 are persons whose capacities are unknown to plaintiff.
7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify)*:

9. ☒ Plaintiff is required to comply with a claims statute, **and**
   a. ☒ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify)*:

PLD-PI-001 [Rev. January 1, 2007]
CEB® Essential Forms
ceb.com

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Kuchta, Madion

Page 2 of 3

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
    a. ☐ Motor Vehicle
    b. ☒ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☒ Premises Liability
    f. ☐ Other *(specify)* :

11. Plaintiff has suffered
    a. ☐ wage loss
    b. ☐ loss of use of property
    c. ☐ hospital and medical expenses
    d. ☐ general damage
    e. ☐ property damage
    f. ☐ loss of earning capacity
    g. ☐ other damage *(specify)* :

12. ☒ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☒ as follows:
       funeral expenses; and medical expenses; plus grief and loss of society of comfort for deceased father by plaintiff, his daughter.

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☒ compensatory damages
       (2) ☐ punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
       (1) ☒ according to proof
       (2) ☐ in the amount of: $

15. ☒ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*
    5

Date: December 7, 2021

John A. Fetto
(TYPE OR PRINT NAME)

▶ *(signature)*
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]
CEB Essential Forms
ceb.com

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Page 3 of 3

Kuchta, Madion

| | |
|---|---|
| SHORT TITLE:<br>Kuchta v. Amtrak | CASE NUMBER: |

PLD-PI-001(2)

___First___  **CAUSE OF ACTION- General Negligence**  Page __4__
   (number)
ATTACHMENT TO [X] Complaint  [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: Madison Kuchta

    alleges that defendant *(name)*: National Railroad Passenger Corporation aka Amtrak;
                                 County of Contra Costa

[X] Does __50__ to __75__

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*: 11/5/2020
at *(place)*: Amtrak line, east of Martinez

*(description of reasons for liability)* :
Defendant National Railroad Passenger Corporation aka Amtrak failed to operate their passenger train in a safe and reasonable manner. As a result of this breach, defendant Amtrak train operators failed to see plaintiff's father trying to rescue his dog which had been caught on the Amtrak's train tracks, and instead of braking, ran plaintiff's father over, killing him.

Defendant County of Contra Costa failed to place warning signs in the area where plaintiff was injured, and in face, built ladders so that this dangerous area was accessible to the entire public.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

CEB | Essential
ceb.com | Forms

**CAUSE OF ACTION- General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

Kuchta, Madison

| SHORT TITLE: Kuchta v. Amtrak | CASE NUMBER: |
|---|---|

_____Second_____  CAUSE OF ACTION - Premises Liability                        Page _5_
  (number)

ATTACHMENT TO  [X] Complaint   [ ] Cross-Complaint
*(Use a separate cause of action form for each cause of action.)*

Prem.L-1.  Plaintiff *(name)*: Madison Kuchta
   alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
   On *(date)*: 11/05/2020                    plaintiff was injured on the following premises in the following
   fashion *(description of premises and circumstances of injury)*:




Prem.L-2.   [X]  **Count One-Negligence** The defendants who negligently owned, maintained, managed and operated
       the described premises were *(names)*:
       National Railroad Passenger Corporation aka AMTRAK

       [X] Does __1__ to __20__

Prem.L-3.   [X]  **Count Two-Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or
       maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were
       *(names)*: National Railroad Passenger Corporation aka
              AMTRAK

       [X] Does __21__ to __40__
       Plaintiff, a recreational user, was [ ] an invited guest [ ] a paying guest.

Prem.L-4.   [X]  **Count Three-Dangerous Condition of Public Property** The defendants who owned public property on
       which a dangerous condition existed were *(names)*:
       COUNTY OF CONTRA COSTA

       [X] Does __41__ to __60__
   a. [X] The defendant public entity had [X] actual [X] constructive notice of the existence of the
       dangerous condition in sufficient time prior to the injury to have corrected it.
   b. [X] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [X] **Allegations about Other Defendants** The defendants who were the agents and employees of the other
       defendants and acted within the scope of the agency were *(names)*:



       [X] Does __61__ to __100__
   b. [X] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
       [ ] described in attachment Prem.L-5.b  [ ] as follows *(names)*:

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]
CEB Essential Forms
ceb.com

**CAUSE OF ACTION - Premises Liability**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

Kuchta, Madion

# EXHIBIT B

VINCENT CASTILLO, State Bar No. 209298
vcastillo@aghwlaw.com
ALEXEI N. OFFILL-KLEIN, State Bar No. 288448
aklein@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:     (415) 697-2000
Facsimile:     (415) 813-2045

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF CONTRA COSTA

| MADISON KUCHTA,<br><br>           Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION aka AMTRAK, COUNTY OF CONTRA COSTA and DOES 1 to 100,<br><br>           Defendants. | Case No. CIVMSC21-02550<br><br>**DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK'S ANSWER TO COMPLAINT**<br><br>Action Filed:   December 8, 2021<br>Trial Date:       None Set |
|---|---|

Defendant NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK ("Defendant") answers the complaint of Plaintiff MADISON KUCHTA ("Plaintiff") as follows:

## GENERAL DENIAL

In answering Plaintiff's complaint, Defendant denies every allegation contained therein and denies that by reason of any act or omission by Defendant, its agents, or independent contractors, that Plaintiff was injured or damaged in any sum, or at all.

## AFFIRMATIVE DEFENSES

1. As a first affirmative defense to each cause of action in the complaint, Defendant alleges the complaint fails to state facts sufficient to constitute a cause of action against the answering Defendant.

2. As a second affirmative defense to each cause of action in the complaint, Defendant alleges Plaintiff's decedent's own negligence caused or contributed to his death.

3. As a third affirmative defense to each cause of action in the complaint, Defendant alleges other individuals or entities, including but not limited to the decedent, may have been negligent or otherwise responsible for injury to Plaintiff and/or the decedent. If liability is assessed against Defendant, which liability is denied, Defendant is liable only to the extent of its proportional fault, if any.

4. As a fourth affirmative defense to each cause of action in the complaint, Defendant alleges some or all of Plaintiff's claims are preempted by federal law, regulations, or codes.

5. As a fifth affirmative defense to each cause of action in the complaint, Defendant alleges that Plaintiff lacks standing to bring the claims alleged in the complaint.

6. Defendant hereby gives notice that it intends to rely upon such other and further defenses as may become available or apparent during discovery, and hereby reserves the right to amend its answer to assert any such defense.

WHEREFORE, Defendant prays for judgment as follows:

1. In favor of Defendant NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK on all causes of action in the complaint;

///

1

DEFENDANT'S ANSWER TO COMPLAINT

2. For Defendant's costs of suit incurred herein, including attorney's fees to the extent permitted by law; and

3. For such other relief as should be granted.

Dated: April 7, 2022

ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP

By: _____
VINCENT CASTILLO
ALEXEI N. OFFILL-KLEIN
Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK

PROOF OF SERVICE
*Madison Kuchta v. National Railroad Passenger Corporation, et al.,*
Contra Costa Superior Court Case No. C21-02550

I am a resident of the State of California, over 18 years of age and not a party to the within action. I am employed in the County of San Francisco; my business address is: 180 Montgomery Street, Suite 1200, San Francisco, CA 94104. On April 7, 2022, I served the within:

**DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK'S ANSWER TO COMPLAINT**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

| | |
|---|---|
| John A. Fetto | T: (925) 944-4955 |
| Law Offices of John A. Fetto | F: (925) 407-2741 |
| 45 Quail Court #112 | |
| Walnut Creek, CA | Email: jfetto@fettolawgroup.com |
| | *Attorney for Plaintiff* |

☒ **By E-Mail or Electronic Transmission:** Based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 7, 2022, at San Francisco, California.

_____
Yesenia Sanchez

PROOF OF SERVICE

# EXHIBIT C

VINCENT CASTILLO, State Bar No. 209298
vcastillo@aghwlaw.com
ALEXEI N. OFFILL-KLEIN, State Bar No. 288448
aklein@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:     (415) 697-2000
Facsimile:      (415) 813-2045

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF CONTRA COSTA

| | |
|---|---|
| MADISON KUCHTA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION aka AMTRAK, COUNTY OF CONTRA COSTA and DOES 1 to 100,<br><br>　　　　　Defendants. | Case No. CIVMSC21-02550<br><br>**DEFENDANT AMTRAK'S NOTICE OF REMOVAL**<br><br>Action Filed:   December 8, 2021<br>Trial Date:      None Set |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Defendant NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK (erroneously sued as "NATIONAL RAILROAD PASSENGER CORPORATION aka AMTRAK") has filed a Notice of Removal of the above-captioned action, *a copy of which is attached hereto as Exhibit 1*, with the United States District Court for the Northern District of California.

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. §1446(b), the filing of said Notice in the United States District Court, together with the filing of said Notice in this Court, effects the removal of this action, and the above-captioned Court may proceed no further unless and until the case has been remanded.

Dated: April 7, 2022

ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP

By: _____
VINCENT CASTILLO
ALEXEI N. OFFILL-KLEIN
Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK

1

DEFENDANT AMTRAK'S NOTICE OF REMOVAL

CERTIFICATE OF SERVICE
*Madison Kuchta v. National Railroad Passenger Corporation, et al.,*

I am a resident of the State of California, over 18 years of age and not a party to the within action. I am employed in the County of San Francisco; my business address is: 180 Montgomery Street, Suite 1200, San Francisco, California 94104. On April 7, 2022, I served the within:

**NOTICE OF REMOVAL BY DEFENDANT AMTRAK**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

| | |
|---|---|
| John A. Fetto<br>Law Offices of John A. Fetto<br>45 Quail Court #112<br>Walnut Creek, CA | T: (925) 944-4955<br>F: (925) 407-2741<br>Email: jfetto@fettolawgroup.com<br>*Attorney for Plaintiff* |

☒ **By E-Mail or Electronic Transmission:** Based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 7, 2022, at San Francisco, California.

Yesenia Sanchez

CERTIFICATE OF SERVICE

506323.1